# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Diane M. Crumpley<br>v.<br>Rich Township High School District # 227 | FILED: JUNE 17, 2008<br>08CV3467<br>JUDGE HOLDERMAN<br>MAGISTRATE JUDGE VALDEZ<br>TG |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Diane M. Crumpley

| | |
|---|---|
| **NAME** (Type or print)<br>William B. Thompson | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ William B. Thompson | |
| **FIRM**<br>Solo | |
| **STREET ADDRESS**<br>P O Box 584 | |
| **CITY/STATE/ZIP**<br>Wheaton  IL  60189 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS)<br>3123041 | **TELEPHONE NUMBER**<br>630.690.1971 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>n/a | |
| RETAINED COUNSEL ☐  APPOINTED COUNSEL ☐ | |