## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV3467            Assigned/Issued By: DAJ

Judge Name: HOLDERMAN            Designated Magistrate Judge: VALDEZ

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00      [ ] $39.00      [ ] $5.00

              [ ] IFP          [ ] No Fee      [ ] Other _____

              [ ] $455.00

Number of Service Copies _____       Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350.00              Receipt #: 2863527

Date Payment Rec'd: 06/17/08     Fiscal Clerk: DAJ

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   
                                         _____
                                         *(Victim, Against and $ Amount)*

[ ] Citation to Discover Assets          [ ] Other

[ ] Writ _____            _____
       *(Type of Writ)*                  *(Type of issuance)*

1  Original and  0  copies on  06/17/08  as to  DEF.
                              *(Date)*